UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-40097 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Possession of a Firearm by a Prohibited Person |
| ALPHA PETER SEAKOR, | (18 U.S.C. §§ 922(g)(1) and 924(a)(8)) |
| Defendant. | Forfeiture Notice (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)) |

The Grand Jury charges:

On or about January 5, 2024, in the District of South Dakota, the defendant, Alpha Peter Seakor, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and then knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: an HK .22 LR rifle, bearing serial number HB051801 and ammunition, which had been previously shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

A TRUE BILL:

**Name Redacted**

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By: _____*Connie Larson*_____

**FORFEITURE NOTICE**

1. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense(s) set forth in the Indictment, the defendant, Alpha Peter Seakor, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition involved in the commission of the offense, including, but not limited to an HK .22 LR rifle, bearing serial number HB051801.